IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALESSA PARTNERS, LLC, an Illinois limited liability company, ) ) ) Plaintiff, ) ) v. ) ) SPECIALTY TAPE & LABEL COMPANY, INC., an Illinois corporation, ) ) ) ) Defendant. ) | Case No. 08 cv 5057<br><br>Hon. David H. Coar<br><br>Magistrate Judge Maria Valdez |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S VERIFIED COMPLAINT**

**NOW COMES** Defendant, SPECIALTY TAPE & LABEL COMPANY, INC., by and through its attorneys, MOMKUS McCLUSKEY, LLC, and for its Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint, states as follows:

1. On or about July 17, 2008, Plaintiff filed its Verified Complaint with the Circuit Court of Cook County, Chancery Division.

2. On or about August 6, 2008, Defendant was served with Summons and Verified Complaint.

3. On September 4, 2008, Defendant filed a timely Notice of Removal to Federal Court. In its Notice of Removal, Specialty summarized the nature of its defenses and counterclaims.

4. As Defendant's counsel has just been retained to represent its interests in this matter, Defendant has just filed a Notice of Removal and is awaiting a final

determination from this Court. Defendant respectfully requests an extension of time to answer or otherwise plead in this matter.

5. Defendant requests a 30-day extension of time to answer or otherwise plead to Plaintiff's Verified Complaint in order to examine the Verified Complaint, make a determination as to any necessary answer or other required pleading, and in order to consult with counsel.

**WHEREFORE**, Defendant, SPECIALTY TAPE & LABEL COMPANY, INC., respectfully requests this Honorable Court enter an Order granting its Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint until October 6, 2008 and for any other relief this Court deems just and proper.

> Respectfully submitted,
>
> MOMKUS McCLUSKEY, LLC
>
> By: /s/ James S. Harkness

James S. Harkness, Esq. (ARDC: 6237256, Email: jharkness@momlaw.com)
Jefferson F. Perkins, Esq. (ARDC 6184458; Email: jperkins@momlaw.com)
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
(630) 434-0400; (630) 434-0444 Fax
Attorneys for Defendant
Firm No. 13124754
W:\26_59\30149.000002 Pavezza - Patent Infringement Dispute\Pleadings\Mot Ext Time