IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALESSA PARTNERS, LLC, an Illinois limited liability company,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SPECIALTY TAPE & LABEL  )<br>COMPANY, INC., an Illinois corporation,  )<br>)<br>Defendant.  )<br>) | Case No. 08 cv 5057<br><br>Hon. David H. Coar<br><br>Magistrate Judge Maria Valdez |

## NOTICE OF MOTION

TO:   Jon A. Birmingham, Esq.
       Fitch Even Tabin & Flannery, 120 S. LaSalle Street, Suite 1600, Chicago, IL 60603

**PLEASE TAKE NOTICE** that on **September 15, 2008, at 9:00 a.m**., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar in Courtroom 1419, or any other judge as may be holding Court in his absence, in the courtroom usually occupied by him in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn, Chicago, Illinois, and then and there present ***Defendant's Motion for Extension of Time to Answer or Otherwise Plead to Plaintiff's Verified Complaint***, at which time and place you may appear as you see fit to do.

MOMKUS McCLUSKEY, LLC


By:   /s/ James S. Harkness

## PROOF OF SERVICE

Under penalties as provided by law, pursuant to Section 1-109 of the Code of Civil Procedure, Sabrina Sanders certifies that she served a true and correct copy of the *Notice of Motion* and *all referenced enclosures* to all counsel of record by (1) CM/ECF Filing, and (2) facsimile transmission to all respective numbers from Lisle, Illinois 60515 on September 5, 2008.

/s/ Sabrina Sanders


James S. Harkness, Esq. (ARDC: 6237256, Email: jharkness@momlaw.com)
Jefferson F. Perkins, Esq. (ARDC 6184458; Email: jperkins@momlaw.com)
MOMKUS McCLUSKEY, LLC
1001 Warrenville Road, Suite 500
(630) 434-0400; (630) 434-0444 Fax
Attorneys for Defendant
Firm No. 13124754
W:\26_59\30149.000002 Pavezza - Patent Infringement Dispute\Pleadings\NOM